**Jason K. Singleton**, State Bar #166170
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

**(707) 441-1177**
**FAX  441-1533**

**Attorney for Plaintiff, JERRY DORAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN,Plaintiff,<br>v.<br>FRANCISCO RAMIREZ, MARIA L. RAMIREZ, ANGELICA NAVARRO and ESPERANZA MUNOZ, dba VILLAGE DELICATESSEN, McCORDUCK PROPERTIES, BENICIA, LLC, a California Limited Liability Company, and DOES ONE through FIFTY, inclusive,Defendants.<br>AND RELATED CROSS-ACTIONS. | Case No.  2:06-CV-261 DFL JFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff **JERRY DORAN** and Defendants **FRANCISCO RAMIREZ, MARIA L. RAMIREZ, ANGELICA NAVARRO and ESPERANZA MUNOZ, dba VILLAGE DELICATESSEN, McCORDUCK PROPERTIES, BENICIA, LLC** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action and related cross-actions with prejudice, each party to bear his or its own attorneys fees and costs.

///

**SINGLETON LAW GROUP**

Dated:  July 18, 2006          /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**JERRY DORAN**

**GORDON, WALTROUS, RYAN,
LANGLEY, BRUNO & PALTENGHI**

Dated:  July 13, 2006          /s/ Bruce C. Paltenghi
Bruce C. Paltenghi, Attorney for Defendant
**McCORDUCK PROPERTIES, BENICIA, LLC**

**LAW OFFICES OF JOHN F. MARTIN**

Dated:  July 13, 2006          /s/ Christine Hopkins
Christine Hopkins, Attorney for Defendants,
**FRANCISCO RAMIREZ, MARIA L. RAMIREZ,
ANGELICA NAVARRO and ESPERANZA MUNOZ,
dba VILLAGE DELICATESSEN**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>DORAN v RAMIREZ, and related cross-actions, et al.</u>, Case Number 2:06-CV-00261 DFL-JFM, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated: July 19, 2006          /s/ David F. Levi
DAVID F. LEVI
U.S. DISTRICT COURT JUDGE